IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00069-MR

| | |
|---|---|
| GAIA HERBS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| GAIA, INC. and ) | |
| GAIA INTERNATIONAL, INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Defendants' motion for the admission of attorney Kerianne Losier as counsel *pro hac vice*. [Doc. 25]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion [Doc. 25] is **ALLOWED**, and Kerianne Losier is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: August 11, 2017

Martin Reidinger
United States District Judge