IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00069-MR

| | |
|---|---|
| **GAIA HERBS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **GAIA, INC.** and ) | |
| **GAIA INTERNATIONAL, INC.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendants' motion for the admission of attorney Adam R. Bialek as counsel *pro hac vice*. [Doc. 24]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion [Doc. 24] is **ALLOWED**, and Adam R. Bialek is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**    Signed: August 11, 2017

Martin Reidinger
United States District Judge