# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00069-MR

| | |
|---|---|
| GAIA HERBS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| GAIA, INC. and ) | |
| GAIA INTERNATIONAL, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion for 60 Day Stay and Extension of Expert Disclosure Deadlines [Doc. 38].

For the reasons stated in the parties' motion, and for cause shown, the Court will grant the parties' request for an extension of the expert disclosure deadlines. The parties' request for a stay, however, is denied.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 38] is **GRANTED IN PART** and **DENIED IN PART**. Specifically, the motion is **GRANTED** to the extent that the Plaintiff's expert report deadline is extended to **December 29, 2017**, and the Defendants' expert report deadline is extended to **February 27, 2018**. The parties' request for a 60-day stay is **DENIED**.

**IT IS SO ORDERED.**

Signed: October 28, 2017

Martin Reidinger
United States District Judge